```
        IN THE UNITED STATES DISTRICT COURT
           NORTHERN DISTRICT OF GEORGIA
                  ATLANTA DIVISION
```

| | | |
|---|---|---|
| STEVEN B. PINCKNEY, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION FILE |
| | * | NO. 1:03-CV-2326-HTW |
| v. | * | |
| | * | |
| ASSOCIATION OF AMERICAN | * | |
| MEDICAL COLLEGES ("AAMC"), | * | |
| | * | |
| Defendant. | * | |

### SUBSTITUTION OF COUNSEL

I, Tony C. Boga, Esq., withdraw as counsel for Plaintiff in the above-captioned matter. I initially appeared for Plaintiff as an associate attorney for Zimring & Smith, LLC (now Zimring & Associates, LLC), but I have not taken any action in this matter since my departure from the firm in May, 2004. Jonathan A. Zimring, Esq. of Zimring & Associates, LLC has represented Plaintiff as lead counsel since the filing of this matter in this Court. Mr. Zimring continues to represent Plaintiff in this capacity.

Respectfully submitted this the 12th day of December, 2006.

This is submitted in Courier New, point 12.

Respectfully Submitted,
S/TONY C. BOGA, Esq.
State Bar No. 065215

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| STEVEN B. PINCKNEY, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION FILE |
| | * | NO. 1:03-CV-2326-HTW |
| v. | * | |
| | * | |
| ASSOCIATION OF AMERICAN | * | |
| MEDICAL COLLEGES ("AAMC"), | * | |
| | * | |
| Defendant. | * | |

### CERTIFICATE OF SERVICE

This is to certify that I have this day served counsel for the opposing party with a copy of the within and foregoing *Substitution of Counsel* by electronic filing and in the United States Mail, in an enveloped addressed properly, with adequate postage affixed thereto, addressed as follows:

Robert A. Burgoyne
801 Pennsylvania Avenue, N.W.
Washington, D.C.   20004-2623

Bruce M. Edenfield, Esq.
Gray, Hedrick & Edenfield, LLP
2408 Mt. Vernon Road
Atlanta, Georgia 30338

This <u>12th</u> day of <u>December,</u> <u>2006</u>.

Respectfully Submitted,
<u>S/TONY C. BOGA, Esq.</u>
State Bar No. 065215

Stearn-Montgomery & Associates
291 Alexander Street
Marietta, Georgia 30060
*boga@stearns-law.com*
(770) 426-1809/fax
(770) 426-1148