```
          IN THE UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF GEORGIA
                    ATLANTA DIVISION
```

| | | |
|---|---|---|
| **STEVEN B. PINCKNEY,** | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION FILE |
| | * | NO. 1:03-CV-2326-HTW |
| v. | * | |
| | * | |
| **ASSOCIATION OF AMERICAN** | * | |
| **MEDICAL COLLEGES ("AAMC"),** | * | |
| | * | |
| Defendant. | * | |

**PLAINTIFF PINCKNEY'S NOTICE OF SUBSEQUENT AUTHORITY ON THE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

NOW COMES Plaintiff Steven Pinckney, respondent on the defendant Association of American Medical Colleges ("AAMC") motion for summary judgment and identifies for the Court authority which has come to his attention since the filing of his response on legal issues before the Court.

Defendant contends that test taking is not a "major life activity," Defendant's Reply Brief at 4-5, whereas, the Plaintiff (as one of several statutory contentions) has asserted that test taking limitations is a major life activity, or sufficient within the "learning" criteria. *See,* Plaintiff's Response on Summary Judgment at 24-25. Also at issue is the weigh to be given alleged average to good performance in light of the evidence of other poor performance or limitations.

The Court in *Gonzalez v. Supreme Court of Texas*, 2006 WL 897745, *4, n. 6 (W.D. Tex. 2006) addresses the cases which reach

the text taking issue without having to resolve the issue. It cites, *Singh v. George Washington University*, 368 F.Supp 2d 58, 64-65 (D.D.C. 2005) which finds test taking is a major life activity or a component of a major life activity.[1]

In *Emory v. Astrazenica Pharmaceuticals*, 401 F.3d 174, 181-183 (3rd Cir. 2005) the court focused on the manner and nature of the action or performance, not the result of effort or alleged more normal performance in learning, in reversing the district court dismissal on the absence of a major impairment. It cites *Gillen v. Fallon Ambulance Svc.*, 283 F.3d 11, 22 (1st Cir. 2002)("[t]he key issue is not whether a handicapped person accomplishes (his) goals, but whether (he) encounters significant handicapped related obstacles in doing so.").

Respectfully submitted this the 19 day of December, 2006.

This is submitted in Courier New, point 12.

|  | Respectfully Submitted, |
|---|---|
|  | S/JONATHAN A. ZIMRING, Esq. |
| ZIMRING & SMITH, LLC | State Bar No. 785250 |
| 114 New Street, Suite K1 | Counsel for Plaintiff |
| Decatur, Georgia 30030 |  |
| 404.607.1600/fax-404.607.1355 |  |
| zimring@zlawyers.com |  |

---

[1] This decision was on summary judgment. In *Singh v. George Washington University*, 383 F.Supp 2d 99 (D.D.C. 2005) the court denied reconsideration, and in *Singh v. George Washington University*, 439 F.Supp 2d 8 (D.D.C. 2006) the Court found for the defendant after a full bench trial.

```
           IN THE UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF GEORGIA
                    ATLANTA DIVISION
```

STEVEN B. PINCKNEY,              *
                                 *
     Plaintiff,                  *      CIVIL ACTION FILE
                                 *      NO. 1:03-CV-2326-HTW
v.                               *
                                 *
ASSOCIATION OF AMERICAN          *
MEDICAL COLLEGES ("AAMC"),       *
                                 *
     Defendant.                  *

## CERTIFICATE OF SERVICE

    This is to certify that I have this day served counsel for the opposing party with a copy of the within and foregoing by electronic filing and by hand delivery, as follows:

Caroline Mew
801 Pennsylvania Avenue, N.W.
Washington, D.C.  20004-2623

Bruce M. Edenfield, Esq.
Gray, Hedrick & Edenfield, LLP
2408 Mt. Vernon Road
Atlanta, Georgia 30338

    This <u>19th</u> day of <u>December</u>, <u>2006</u>.


|  |  |
|---|---|
|  | S/JONATHAN A. ZIMRING, Esq. |
| ZIMRING & SMITH, LLC | State Bar No. 785250 |
| 114 New Street, Suite K1 | Counsel for Plaintiff |
| Decatur, Georgia 30030 |  |
| 404.607.1600/fax-404.607.1355 |  |
| <u>zimring@zlawyers.com</u> |  |